**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-1294**

_____

COMMONWEALTH OF VIRGINIA,

Plaintiff - Appellee,

v.

PATRICK LOCKHART,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Patricia Tolliver Giles, District Judge.  (1:22-cv-01047-PTG-WEF)

_____

Submitted:  July 25, 2023                                Decided:  July 27, 2023

_____

Before WYNN and HEYTENS, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Patrick Lockhart, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Patrick Lockhart appeals the district court's order remanding to state court Lockhart's criminal case, which Lockhart attempted to remove to federal court pursuant to 28 U.S.C. § 1443(1). We have reviewed the record and discern no error in the court's ruling. Accordingly, we affirm the district court's order. *Virginia v. Lockhart*, No. 1:22-cv-01047-PTG-WEF (E.D. Va. Mar. 1, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*